## WILLIAMS v. STATE.
### No. 21837.

Court of Criminal Appeals of Texas.
Jan. 14, 1942.

R. W. Webb, of Snyder, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
Jan. 14, 1942.

R. W. Webb, of Snyder, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Willie Williams was tried before the county judge of Scurry County without the intervention of a jury on a charge of violation of the liquor laws and assessed a penalty of nine months in jail, from which this appeal comes.

The record is before us without bills of exception and without statement of facts. The procedure appears to be regular and we find no error. The judgment of the trial court is affirmed.